Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−26098
Chapter: 7
Judge: Donald R Cassling

In Re:
  Shakenna Edwards
  3500 W Congress Pkwy
  Chicago, IL 60624

Social Security No.:
  xxx−xx−6097

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 619, Chicago, IL 60604

on October 30, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 3, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Shakenna Edwards
3500 W Congress Pkwy
Chicago, IL 60624
SSN: xxx−xx−6097 EIN: N.A.

Case No. : 18−26098
Chapter : 7
Judge :    Donald R Cassling

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

  Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

  The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

- **Statement of Financial Affairs (Form 107/207).**
- **Statement of Monthly Income (Form 122A−1/122A−1Supp).**
- **Schedule A−B (Form 106A/B).**
- **Schedule C (Form 106C).**
- **Schedule D (Form 106D).**
- **Schedule G (Form 106G).**
- **Schedule H (Form 106H).**
- **Schedule I (Form 106I).**
- **Schedule J (Form 106J).**

  Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

                                FOR THE COURT

Dated: October 3, 2018          Jeffrey P. Allsteadt, Clerk
                                United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-26098-DRC
Shakenna Edwards                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 1              Date Rcvd: Oct 03, 2018
                              Form ID: ntchrgRq         Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Shakenna Edwards,    3500 W Congress Pkwy,    Chicago, IL 60624-3348
27082162       +Aargon Agency Inc.,    3025 W. Sahara,    Las Vegas, NV 89102-6094
27082163       +City of Chicago,    Department of Revenue,    Bureau of Parking Bankruptcy,
                 121 N LaSalle St Room 107A,    Chicago IL 60602-1232
27082203       +First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
27082206       +Sonnenshien Financial,    2 Transam Plaza Dr. Ste. 300,    Oak Brook, IL 60181-4817
27082207        Village of Bellwood,    3500 Washington Blvd,    Bellwood, IL 60104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27082202       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 04 2018 00:58:52      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27082204        Kahuna Payment   Solution
27082205        Nordstrom/TD Bank USA
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Gus A Paloian    gpaloian@seyfarth.com,   gpaloian@iq7technology.com;jmcmanus@seyfarth.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```